IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 mj 19

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ROBERT SHANE WATSON and ) | |
| DERRICK VONSHAY MARTIN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to the Government's Motion to Dismiss (#36). In the motion, the Government requests that charges against the Defendants contained in this file be dismissed pursuant to those Defendants' plea agreement with the Government. Based upon the contents of the motion, the undersigned finds that the motion has merit and the motion will be allows.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Government's Motion to Dismiss (#36) is hereby **ALLOWED** and the criminal charges in this file are dismissed as to the Defendants Robert Shane Watson and Derrick Vonshay Martin.

Signed: June 13, 2013

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge